800-21

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Pine Bluff   DIVISION

CASE NO.   4:20-cv-00903-KGB-JTK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 06 2020
JAMES W. McCORMACK, CLERK
By: Rachell
          DEP CLERK

CLASS ACTION

Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: Alonzo Hampton
    ADC# 137559

    Address: 2501 State Farm Rd Maximum security unit prison Tucker, AR 72168

    Name of plaintiff: Patrick Dobbins
    ADC# 141341

    Address: 2501 State Farm maximum security unit prison Tucker, AR 72168

    Name of plaintiff: Brandon James  BRANDIN J. JAMES
    ADC# 171937

    Address: 2501 State Farm Rd maximum security unit prison Tucker, AR 72168

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Wendy Kelley
    Position: Secretary of Correction
    Place of employment: Arkansas Department of Correction
    Address: 6818 Princeton Pike Dr. Pine Bluff, AR 71611

    Name of defendant: Dexter Payne
    Position: Director of Arkansas Department of Correction
    Place of Employment: Arkansas Department of Correction
    Address: 6818 Princeton Pike Dr. Pine Bluff, AR 71611

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

continue A. PARTIES

Name of plaintiff: Deamon Davis
ADC# 153194
Address Maximum security unit prison 2501 State Farm Rd Tucker, AR 72168

Name of Plaintiff: Anthony Doss
ADC# 108642
Address Maximum security unit prison 2501 State Farm Rd Tucker, AR 72168

Name of plaintiff: William Blackmon
ADC# 151147
Address Maximum security unit prison 2501 State Farm Rd Tucker, AR 72168

Name of plaintiff: Anthony Vinson
ADC# 144585
Address Maximum security unit 2501 State Farm Rd Tucker, AR 72168

Name of plaintiff: Jermaine Lyons
ADC# 140583
Address Maximum security unit 2501 State Farm Rd Tucker, AR 72168

Name of plaintiff: Bobby Payne
ADC# 550988
Address Maximum security unit 2501 State Farm Rd Tucker, AR 72168

Name of plaintiff: Robbert Wells
ADC# 139868
Address Maximum security unit prison 2501 State Farm Rd Tucker, AR 72168

Continue A. Parties

Name of Plaintiff: Tyron Adams
ADC# 161159
Address: Maximum Security Unit Prison 2501 State Farm Rd. Tucker, AR. 72168

Name of Plaintiff: Kenneth Dorn
ADC# 169545
Address: Maximum Security Unit Prison 2501 State Farm Rd. Tucker, AR 72168

Name of Plaintiff: John Bruno
ADC# 115628
Address: Maximum Security Unit Prison 2501 State Farm Rd. Tucker, AR 72168

Name of Plaintiff: Kanis-Orion Morningstar/Hobbs
ADC# 164590
Address: Maximum Security Unit 2501 State Farm Road, Tucker, AR 72168

Name of Plaintiff: Tommy Phillips
ADC# 116885
Address: Maximum Security Unit Prison 2501 State Farm Rd. Tucker, AR 72168

Name of Plaintiff: Justin McGhee
ADC#: 146936
Address: Maximum Security Unit Prison 2501 State Farm Rd Tucker, AR 72168

Name of Plaintiff: Javon Sanders
ADC#: 103433
Address: Maximum Security Unit 2501 State Farm Rd. Tucker, Arkansas 72168

Name of Plaintiff: Unknown Plaintiffs
ADC#: Unknown Plaintiffs

NAME of plaintiff Robert Tucker
ADC 87440
Address 2501 STATE FARM Rd maximum security unit Tucker, AR 72168

NAme of plaintiff Tommy Radford
ADC 089900
Address maximum security unit 2501 STATE FARM Rd Tucker, AR 72168

NAme of plaintiff UNKNOWN plaintiffs
ADC UNKNOWN plaintiffs
Address maximum security unit 2501 STATE FARM Rd Tucker, AR 72168

NAme of plaintiff CARLTON Russell
ADC 133867
Address maximum security unit 2501 STATE FARM Rd Tucker, AR 72168

NAme of plaintiff Alvin McCullough
ADC 131910
Address maximum security unit 2501 STATE FARM Rd Tucker, AR 72168

NAme of plaintiff
ADC
Address maximum security unit 2501 STATE FARM Rd Tucker, AR 72168

Address: 6818 princeton pike or pine Bluff, AR 71611

Name of defendant: Raymond Naylor

Position: Disciplinary Hearing Administrator

Place of Employment: Arkansas Department of correction

Address: Central office P.O. Box 8707 pine Bluff, AR 71611

Name of defendant: Justine Minor

Position: Disciplinary Hearing officer

Place of Employment: Arkansas Department of correction

Address: Central office P.O. Box 8707 pine Bluff, AR 71611

Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III.  Previous Lawsuits

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __X__

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

Parties to previous lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

Court (if federal court, name the district; if state court, name the county):

cont. B.

Name of defendant: Terri Bannister
Position: Disciplinary Hearing officer
Place of Employment: Arkansas Department of Correction
Address: Central office P.O. Box 8707 Pine Bluff, AR 71611


Name of defendant: Keith Waddle
Position: Disciplinary Hearing officer
Place of Employment: Arkansas Department of Correction
Address: Central office P.O. Box 8707 Pine Bluff, AR 71611


Name of defendant: Dana McCoy
Position: Disciplinary Hearing officer
Place of Employment: Arkansas Department of Correction
Address: ~~Central office~~ Central office P.O. Box 8707 Pine Bluff, AR 71611


Name of defendant: Sonya Scott
Position: Disciplinary Hearing Notification officer
Place of Employment: maximum security unit prison
Address: 2501 State Farm Rd Tucker, AR 72168

        Docket Number: _____

        Name of judge to whom case was assigned: _____

        Disposition (for example: Was the case dismissed? Was it appealed?
        Is it still pending? _____

        Approximate date of filing lawsuit: _____

        Approximate date of disposition: _____

IV.    Place of present confinement: Maximum Security Unit prison / Arkansas Department of Correction

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

        _____ in jail and still awaiting trial on pending criminal charges

        ____X____ serving a sentence as a result of a judgment of conviction

        _____ in jail for other reasons (e.g., alleged probation violation, etc.)
            explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did your file a grievance or grievances presenting the facts set forth in this complaint?

        Yes __X__    No _____

    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

        Yes __X__    No _____

If not, why? _____

_____

VII.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendants Wendy Kelley, Dexter Payne, Raymond Naylor, Justine Minor, Terri Bannister, Keith Waddle, Dana McCoy, Sonya Scott, among others employed by the Arkansas Department of Correction have been and are still violating the plaintiffs' right to all forms of Due Process including the Plaintiffs' Procedural Right to Due Process. The Defendants are also actively denying Due Process to every single Arkansas State prisoner that has been forced to endure the Arkansas Department of Correction's corrupt and bias disciplinary proceedings and procedures. Each defendant name here within has, at one time or another going back as far as the year 2017, systematically denied the Plaintiffs, along with every state prisoner in the Arkansas prison system, the right to exculpatory evidence in the form of video footage, videotapes, logs and other records. The defendants have also denied the Plaintiffs the right to call vital witnesses and have created a corrupt and fraudulent method of meeting the "Some Evidence Standard" by having the charging officer who wrote the disciplinary also write a form called a 005 or Double 0-five form which is submitted with the disciplinary to be used as the evidence relied upon. This is corrupt and fraudulent because all that boils down to is the defendants are using only the charging officer's word as evidence in order to take liberty and property from the plaintiffs while at the same exact time they are knowingly and maliciously denying several forms of crucial exculpatory evidence that would have, once produced, resulted in a not guilty verdict at every one of the disciplinary hearings where said evidence was requested. The defendants are committing these violations in order to cause a consistent loss of good time credits, class reduction to a non good time earning level for years at a time, confinement in punitive isolation for months upon months and they are now

pursuing the Arkansas state courts to issue additional prison time for disciplinary violations. The defendants are using the disciplinary system to keep Arkansas state prisoners imprisoned for the maximum amount of time possible so as to receive the maximum amount of money that comes from the department housing said prisoners. The Arkansas parole board systematically denies Arkansas prisoners parole for years at a time based off of the prisoner's disciplinary record, therefore, by the defendants denying prisoners the right to due process at every single disciplinary Hearing since 2017, they ensure that the plaintiffs and majority of state prisoners not only lose good time credits, lose the ability to earn good time credits, lose good time class status for years and be forced into punitive isolation and segregation for months, but the defendants also ensure the maximum amount of prison time be served, knowing the parole board bases its decision off a prisoner's disciplinary record. They also demand a 90% guilty disciplinary conviction rate. I have documents dated from Jan 26, 2017 until May 2020 that will show the plaintiffs' Due process rights have been violated. This amounts to over 40 disciplinary hearings the plaintiffs have been denied exculpatory evidence and have been systematically denied Due process. I reserve to have other plaintiffs just added.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiffs request that this Honorable court grant the plaintiffs relief in the form of a Declaration stating that the defendants actions concerning the Arkansas Department of Correction state prison disciplinary system policies, procedures, and proceedings are unconstitutional, the plaintiffs request punitive and nominal damages for the use of these unconstitutional practices, and an injunction to prevent the future use of these practices and Due process violations. Finally, the plaintiffs request that all disciplinary violations where these Due process violations occurred be expunged from the plaintiffs' record, along with any and all relief this court finds proper and just.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of June, 20 20.

Alroy Hampton ADC 137554, Anthony Ross #1001142, ~~Billy Pope~~ #161147, Anthony Vinson #144585, Jermaine Lyons ADC #140583, Bobby Payne 550988, Patrick Dolly 141341, ADC #171937 T. Adams #161157, _____ 139868, Kenneth Doss #169545, Cedrofael Rimorin #164590, Tony Huy #157474, Jimmy Phillips #116885

(Signature(s) of plaintiff(s))

ALONZO HAMPTON ADC 137559
Maximum Security Unit
2501 STATE FARM Rd
Tucker, AR 72168

SECURITY UNIT

US POSTAGE

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURT HOUSE
600 West Capitol Ave. SUITE A-149
Little Rock, AR 72201-3325