# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH DORN,**                                                                                             **PLAINTIFF**
**ADC #169545**

v.                                  **4:20-cv-00903-KGB-JTK**

**WENDY KELLEY, et al.**                                                             **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney filed on December 17, 2020 (Dkt. No. 27). No party has filed objections to these Proposed Findings and Recommendations, and the time to do so has passed. After a careful review, the Court concludes that the December 17, 2020, Proposed Findings and Recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (Dkt. No. 27).

The Court has also received Proposed Findings and Recommendations from Judge Kearney filed on March 19, 2021, and March 23, 2021 (Dkt. Nos. 42, 43). No party has filed objections to these Proposed Findings and Recommendations, and the time to do so has passed. After a careful review, the Court concludes that the March 23, 2021, Proposed Findings and Recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (Dkt. No. 43). The Court declines to adopt as moot the March 19, 2021, Proposed Findings and Recommendations, which addressed the same motion as the March 23, 2021, Proposed Findings and Recommendations (Dkt. No. 42).

Accordingly, the Court denies plaintiff Kenneth Dorn's November 25, 2020, motion for preliminary injunction (Dkt. No. 23). The Court grants separate defendants Claudia Harris and Richard Clark's motion to dismiss (Dkt. No. 17). The Court dismisses Ms. Harris and Mr. Clark

as parties in this case. Finally, the Court denies Mr. Dorn's March 4, 2021, motion for temporary restraining order and preliminary injunction, which the Court construes as a motion for preliminary injunctive relief (Dkt. No. 34).

It is so ordered this 21st day of September, 2021.

                                                    Kristine G. Baker
                                                  United States District Judge