IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH DORN,**                                                                                                **PLAINTIFF**
ADC #169545

v.                                    Case No. 4:20-cv-00903-KGB-JTK

**WENDY KELLEY,** *et al.*                                                                               **DEFENDANTS**

## ORDER

When plaintiff Kenneth Dorn filed this lawsuit, he was incarcerated at the Arkansas Division of Correction ("ADC") Maximum Security Unit (Dkt. No. 1). On September 20, 2022, mail to Mr. Dorn at the ADC was returned undeliverable (Dkt. No. 76). As a result, on September 21, 2022, the Court entered a show cause Order to require Mr. Dorn to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No 77). The Court notified Mr. Dorn that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute. *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

As of the date of this Order, Mr. Dorn has not complied with or otherwise responded to the Court's September 21, 2022, Order, and the time for doing so has passed. Accordingly, Mr. Dorn's remaining excessive force claim against separate defendant Johnnie Barton is dismissed without prejudice for failure to prosecute (Dkt. No. 6). The Court denies as moot the pending motion for summary judgment as to separate defendant Barton on Mr. Dorn's excessive force claim (Dkt. No. 62). The Court grants separate defendant Barton's motion to dismiss for failure to prosecute (Dkt. No. 80). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 30th day of January, 2023.

                                                Kristine G. Baker
                                                United States District Judge